IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:21-cv-00518-MLB |
| MCDONOUGH PRIME, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Jessica Blinkhorn, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), her Notice of Voluntary Dismissal Without Prejudice. Plaintiff hereby requests that the instant matter be dismissed without prejudice, and without an award of fees or costs awarded to any party.

Dated: August 20, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480

craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on August 20, 2021, I filed the within and foregoing Notice of Voluntary Dismissal Without Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia.  A true and correct copy of the same was delivered via electronic mail as follows:

Allan Overton, Esq.
Hall & Overton, LLC
800 International Tower
4133 Admiral Way, Suite 100
Atlanta, Georgia 30341
overhall@comcast.net

      /s/Craig J. Ehrlich
      Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

      /s/Craig J. Ehrlich
      Craig J. Ehrlich